IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| VICTORIA E. ELLINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1204-CV-W-DW |
| | ) | |
| ABF FREIGHT SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties, and upon the request of the parties, the Court hereby dismisses this action with prejudice, each party to bear her/its own costs and attorneys' fees.

All pending motions in this action (Docs. 47 and 51) are DENIED as moot.

IT IS SO ORDERED.


Date: February 7, 2007 /s/ DEAN WHIPPLE
Dean Whipple
United States District Court